# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18-cr-695 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JARON T. JACKSON, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Kathleen B. Burke's Report and Recommendation that the Court ACCEPT Defendant Jaron T. Jackson's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Doc. No. 24.)

On November 15, 2018, the government filed an Indictment against Defendant. (Doc. No. 1.) On February 6, 2019, the government filed a Superseding Indictment against Defendant. (Doc. No. 17.) On May 9, 2019, this Court issued an order assigning this case to Magistrate Judge Burke for the purpose of receiving Defendant's guilty plea. (Doc. No. 22.)

On May 10, 2019, a hearing was held in which Defendant entered a plea of guilty to Counts 2, 3, 5, 6, and 10 of the Superseding Indictment, charging him with Possession with Intent to Distribute and Distribution of a Controlled Substance, in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(C), and to Count 7 of the Superseding Indictment, charging him with Possession of a Firearm and/or Ammunition by Convicted Felon, in

violation of 18 U.S.C. Section 922(g)(1). Magistrate Judge Burke received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 24.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED in part[1]. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the Defendant's plea of guilty is APPROVED.

Therefore, the Defendant is adjudged guilty of Counts 2, 3, 5, 6, 7, and 10 of the Superseding Indictment in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(C) and 18 U.S.C. Section 922(g)(1). The sentencing will be held on August 21, 2019 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: June 20, 2019

                                                  **HONORABLE SARA LIOI**
                                                  **UNITED STATES DISTRICT JUDGE**

---

[1] The R&R mistakenly indicates that defendant pleaded guilty to count 4 of the Superseding Indictment, but the defendant did not plead guilty to this count.