# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18-cr-695 |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| vs. | ) | |
| | ) | ORDER |
| JARON T. JACKSON, | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Kathleen B. Burke's Report and Recommendation that the Court ACCEPT the plea of guilty of defendant Jaron T. Jackson and enter a finding of guilty against defendant. (Doc. No. 53.)

On November 27, 2019, the government filed a Superseding Information against defendant. (Doc. No. 50.) This Court had issued an order on November 15, 2019 assigning this case to Magistrate Judge Burke for the purpose of receiving defendant's guilty plea. (Doc. No. 47.)

On November 27, 2019, a hearing was held in which defendant entered a plea of guilty to Counts 2, 3, 5, 6, and 10 of the Superseding Information, charging him with Posession with Intent to Distribute and Distribution of a Controlled Substance, in violation of 21 U.S.C. Section 841 (a)(1) and (b)(1)(C) and to Count 7 of the Superseding Information, charging him with Posession of a Firearm and/or Ammunition by Convicted Felon, in violation of 18 U.S.C. Section 922 (g)(1). Magistrate Judge Burke received defendant's guilty plea and issued a Report and Recommendation ("R&R")

recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 53.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of Counts 2, 3, 5, 6, 7, and 10 in violation of 21 U.S.C. Section 841 (a)(1) and (b)(1)(C) and 18 U.S.C. Section 922 (g)(1) The sentencing will be held on March 25, 2020 at 10:00 a.m.

    **IT IS SO ORDERED**.

Dated: December 20, 2019

    **HONORABLE SARA LIOI**
    **UNITED STATES DISTRICT JUDGE**